USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-8-18__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN SCOTT QUITUIZACA, on Behalf of
Himself and All Others Similarly Situated,
    Plaintiffs,
    -vs.-

Case No: 18-cv-04385 (JGK)

**VOLUNTARY DISMISSAL
WITH PREJUDICE**

SATELIP RESTAURANT CORP.,
205 THOMSON STREET LLC, FEDERICO'S
RESTAURANT INC., JULIAN MEDINA
GARCIA, LOUIS SKIBAR, BRIAN SOBHAN,
BEATRIZ MARIA R. DEARMAS, DAN "DOE",
and PETOUS "DOE",
    Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Parties, through their respective counsel, that the above action be and is hereby dismissed with prejudice, without costs to either party.

The Court shall retain jurisdiction over the settlement for the purposes of the enforcement of the provisions thereof.

Dated: New York, NY            Dated: New York, NY

_____, 2018      _____, 2018

LAW OFFICES OF WILLIAM CAFARO      MORRISON TENENBAUM, PLLC

_____      _____
Amit Kumar, Esq.                  Lawrence Morrison, Esq.
108 West 39th Street, Suite 602      87 Walker Street, Floor 2
New York, New York 10018        New York, NY 10013
(212) 583-7400                    (212) 620-0938
*Attorneys for Plaintiff*           *Attorneys for Defendants*

SO ORDERED this __7__ day
of __November__, 2018

[signature]
U.S.D.J.

17

The Court finds the Settlement Agreement, including the provision for attorney's fees and costs, to be fair and reasonable. The Clerk is directed to close this case.

So ordered.

11/7/18    [signature]
U.S.D.J.